1  | **John E. Virga [Bar No. 39451]**
   | **Attorney At Law**
2  | **A Professional Corporation**
   | **721 Eleventh Street**
3  | **Sacramento, CA 95814**
   | **Telephone: (916) 444-6595**
4  | **Facsimile: (916) 444-3318**
   | **Attorney for Defendant**

5

6  | **IN THE UNITED STATES DISTRICT COURT**

7  | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  | **UNITED STATE OF AMERICA,**       )      **CASE NO.: S-04-0123 FCD**
                                        )
10 |              Plaintiff,            )      **STIPULATION TO CONTINUE**
                                        )      **STATUS CONFERENCE AND**
                                        )      **EXCLUDE TIME UNDER SPEEDY**
11 | vs.                                )      **TRIAL ACT; ORDER THEREON**
                                        )
12 | **ROBERT B. HELLAM,**              )      **DATE:   May 16, 2005**
                                        )      **TIME:   9:30 a.m.**
13 |              Defendant             )      **COURT: Hon, Frank C. Damrell, Jr.**
                                        )

14

15

16 |        IT IS HEREBY STIPILATED AND AGREED between defendant Robert B.

17 | Hellam and the United States of America, through defense counsel, John Virga, and

18 | Assistant U.S. Attorney, Camil A. Skipper, that the status conference presently set for

19 | May 16, 200 be continued to June 20, 2005, and that time under the Speedy Trial Act

20 | should be excluded through June 20, 2005.

21 |        The defense is currently in the process of reviewing the hundreds of pages of

22 | discovery.  The accounting procedures used in the discovery are very complicated and

23 | the defense is meticulously reviewing the documents to establish what funds if any are

24 | missing.   Moreover, defense counsel, John Virga, is in the process of preparing for

25 | three trials in the Sacramento Superior Court during the week of May 16, 2005.  On

26 | May 17, 2005, Mr. Virga has two trials, a criminal trial for Roland Jufiar (04F04700)

27 | and a civil trial for  Luzviminda Bobino(02AS06197).  Then on May 18, 2005, he has a

28 | multiple defendant criminal trial, Fiona Au and Micha Chambers (04M10412). While all

of the above scheduled trials will not go on the day that they are scheduled, Mr. Virga is in the process of preparing and attempting to resolve them.

For the above reasons, the parties agree that a continuance to April 25, 2005, is reasonable and that the time should be excluded for preparation of government and defense counsel under Local Code T4.

Defendant Hellam, who is not in custody, understands his rights under the Speedy Trial Act and consents to this continuance.


DATED:5/12/05                          McGregor W. Scott
                                       United States Attorney


                                       By: /S/ Camil A. Skipper (with permission)
                                       Camil A. Skipper
                                       Assistant  U.S. Attorney

DATED: 5/12/05                         /S/ John E. Virga
                                       John E. Virga
                                       Attorney  for Robert Hellam


## ORDER

1.  The status conference presently set for May 16, 2005, is continued to June 20, 2005 at 9:30 a.m.

2.  Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through June 20, 2005. For the reasons stated in this pleading, the Court extends the finding of excludable time through June 20, 2005.

**IT IS SO ORDERED**

**DATED: May 12, 2005**                **/s/ Frank C. Damrell Jr.**
                                       **FRANK C. DAMRELL JR.**
                                       **United States District Judge**