1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **"ORDER MODIFIED"** |
|---|---|---|
| | ) | CR. S-04-0123 FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDE TIME** |
| | ) | **UNDER SPEEDY TRIAL ACT;** |
| ROBERT B. HELLAM, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | Date:  June 20, 2005 |
| | ) | Time:  9:30 A.M. |
| | ) | Court: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between defendant Robert B. Hellam and the United States of America, through defense counsel John Virga and Assistant U.S. Attorney Camil A. Skipper, that the status conference presently set for June 20, 2005, be continued to July 12, 2005, and that time under the Speedy Trial Act should be excluded through July 12, 2005.

   The parties have reached agreement on a misdemeanor disposition to be set before the magistrate judge.  The only remaining issue is final agreement concerning the stipulated loss amount.  For this reason, the parties agree that a continuance to July 12, 2005, is reasonable and that time should be excluded for preparation of government and defense counsel under Local Code T4.

1 | Defendant Hellam, who is not in custody, understands his
2 | rights under the Speedy Trial Act and consents to this
3 | continuance.  On June 17, 2005, Mr. Virga gave verbal permission
4 | to the undersigned government counsel to sign this stipulation on
5 | his behalf.

DATED: February 1, 2005        McGREGOR W. SCOTT
                               United States Attorney

                         By: /s/ Camil A. Skipper
                               CAMIL A. SKIPPER
                               Assistant U.S. Attorney

DATED: February 1, 2005        /s/ John Virga
                               JOHN VIRGA
                               Attorney for Robert B. Hellam

**ORDER**

1. The status conference presently set for June 20, 2005, is continued to Tuesday, July 12, 2005, at 10:30 A.M.

2. Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through July 12, 2005.  For the reasons stated in this pleading, the Court extends the finding of excludable time through July 12, 2005.

**IT IS SO ORDERED.**

Date: June 17, 2005

                               /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, Jr.
                               United States District Judge