PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| )  | |
| vs.   ) | **Docket Number: 2:04CR00123-01** |
| ) | |
| **Robert B. HELLAM**   ) | |
| ) | |

On October 6, 2005, the above-named was placed on Probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON
United States Probation Officer**

Dated:   May 13, 2008
Roseville, California
srs:cd

**REVIEWED BY:**   /s/ Richard A. Ertola
**RICHARD A. ERTOLA
Supervising United States Probation Officer**

**Re: Robert B. HELLAM**
 **Docket Number:  2:04CR00123-01**
 **ORDER TERMINATING PROBATION**
 **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

May 29, 2008
**Date**

*/s/ Kimberly J. Mueller*
**KIMBERLY J. MUELLER**
**United States Magistrate Judge**

srs:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

## RECOMMENDATION TERMINATING
## PROBATION PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Docket Number:  2:04CR00123-01 |
| | ) | |
| **Robert B. HELLAM** | ) | |
| | ) | |

### LEGAL HISTORY:

On October 6, 2005,  the above-named subject was placed on Probation for a period of 5 years, and ordered to pay $18,000 restitution and a $25 special assessment.  Special conditions included:  Search and seizure; Financial disclosure and restrictions; Drug and alcohol treatment, testing, and co-payment; Alcohol abstention; Mental health treatment; and 180 days home detention with electronic monitoring.

### SUMMARY OF COMPLIANCE:

The probationer has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities.  His adjustment under supervision has been positive.  He receives SSI benefits for his post-tramatic stress disorder, and lives with his girlfriend and his children.  He has paid all financial obligations in full, and has successfully completed his home detention term.  He attends AA meetings regularly and receives counseling services through his own insurance program.  It is the opinion of the probation officer that the probationer has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Robert B. HELLAM
        Docket Number:   2:04CR00123-01
        **RECOMMENDATION TERMINATING**
        **PROBATION PRIOR TO EXPIRATION DATE**

### RECOMMENDATION:

It is, therefore, respectfully recommended that Probation in this case be terminated early.

           Respectfully submitted,

           /s/ Shari R. Simon

           **SHARI R. SIMON**
           **United States Probation Officer**

Dated:   May 13, 2008
         Roseville, California
         srs:cd

**REVIEWED BY:**       /s/ Richard A. Ertola
                      **RICHARD A. ERTOLA**
                      **Supervising United States Probation Officer**

cc:   AUSA Camil A. Skipper (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)